# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 16, 2013

### NO. 03-13-00299-CV

**David Condado, Appellant**

**v.**

**Texas Board of Nursing and Executive Director Katherine A. Thomas, Appellees**

### APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ROSE

**THIS DAY** came to be submitted appellant's motion to dismiss the appeal in the above cause, and the Court having fully considered said motion is of the opinion that same should be granted.

**IT IS THEREFORE** ordered that said motion is granted, and that the appeal is dismissed. It is

**FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below, and that this decision be certified below for observance.